[Civ. No. 444.   Third Appellate District.—July 7, 1908.]

## A. G. LITCH and VIOLA LITCH, Appellants, v. CHARLES A. O'CONNOR and B. S. KERNS, Respondents.

ACTION IN EQUITY TO VACATE AND AVOID FORECLOSURE DECREE BY DE-
FAULT—JURISDICTION OF SUPREME COURT—TRANSFER OF APPEAL.—
The supreme court has exclusive jurisdiction of an appeal from a judgment in an action in equity to set aside and avoid a decree of foreclosure taken by default; and where such an appeal is improperly taken to this court, it is not thereby lost, but must be transferred to the supreme court, under section 4 of article VI of the constitution.

APPEAL from a judgment of the Superior Court of Butte County. K. S. Mahan, Judge.

The facts are stated in the opinion of the court.

L. F. Eggers, for Appellants.

Park Henshaw, for Respondents.

THE COURT.—The record in this case is called to our attention by a motion to dismiss the appeal as prematurely

taken and also as taken from a nonappealable order. The action is to set aside a default entered in a foreclosure proceeding and to have the decree of foreclosure entered therein vacated and declared null and void. The action is clearly in equity.

The appeal is taken directly to this court, whereas by the provisions of section 4, article VI of the constitution, appellate jurisdiction is given to the supreme court. The appeal, however, is not lost, but the same section of the constitution provides that the cause be transferred to the proper court.

It is, therefore, ordered that the cause be transferred to the supreme court.